**Order entered August 3, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01244-CR

**JESSICA JACOLE HOLLOWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-41299-T**

## ORDER

The Court **REINSTATES** the appeal.

On July 16, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 31, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the July 16, 2015 order requiring findings.

We **GRANT** the July 31, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

The Court **ORDERS** court reporter Karren Jones to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 6, a DVD.

We **DIRECT** the Clerk to send copies of this order to Karren Jones, court reporter, Auxiliary Court, and to counsel for all parties.

/s/    ADA BROWN
JUSTICE